UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAROLYN HILL         ]
    Plaintiff,       ]
                     ]
v.                   ]     No. 3:11-0957
                     ]     JUDGE HAYNES
NASHVILLE, et al.    ]
    Defendants.      ]

O R D E R

Before the Court is a *pro se* civil complaint (Docket Entry No.1) and an application to proceed *in forma pauperis* (Docket Entry No.2).

Plaintiff is a homeless resident of Nashville. It appears from her application that she lacks sufficient financial resources from which to pay the fee needed to file her complaint. Therefore, the application to proceed in forma pauperis is **GRANTED**. 28 U.S.C. § 1915(a).

Plaintiff brings this action against Nashville, the governmental agencies of the State of Tennessee, and "other businesses", seeking damages.

Plaintiff's claims read in part as follows :

> "My name is Carolyn Hill. I was injured
> by your government agencies when they rudely
> and insanely got evil witchcraft books and
> called on evil spirits from the depths of
> hell on me and my two children, injuring our
> bodies and life. Which left us injured for

> life. Taking $250 zillion dollars and $300
> zillion dollars worth of merchandises, which
> came in the form of my inheritance."

Docket Entry No.1 at pg.2.

Plaintiff's claims are so attenuated and unsubstantial as to be absolutely devoid of merit. They are an excellent example of the type of "fantastic and delusional scenario" that the Supreme Court has recognized to be frivolous within the meaning of 28 U.S.C. § 1915(e)(2). Neitzke v. Williams, 109 S.Ct. 1827, 1833 (1989). A district court possesses the authority to dismiss frivolous actions. Brooks v. Seiter, 779 F.2d 1177, 1179 (6th Cir. 1985). Accordingly, this action is hereby **DISMISSED**.

Because this action has been found to be frivolous, an appeal of this order and the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 82 S.Ct. 917, 921 (1962). Therefore, Plaintiff is **NOT** certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3). It is so **ORDERED**.

This is the Final Order in this action.

**ENTERED** this the 16th day of October, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　United States District Judge